IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES SCHWEITZER, | : | |
| Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION |
| | : | No. 2:20-cv-04436-AB |
| v. | : | |
| | : | |
| DIRECT ENERGY, LP, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 10th day of November, 2021, it is **ORDERED** that Defendant Direct Energy's Motion For Summary Judgment (ECF No. 20) is granted in part and denied in part, as follows:

- The motion is **GRANTED** as to Plaintiff's Intentional Infliction of Emotional Distress Claim**;**

- The motion is **DENIED** as to Plaintiff's Telephone Consumer Protection Act claims;

- The motion is **DENIED** as to Plaintiff's Invasion of Privacy claim; and

- The motion is **DENIED** as to Plaintiff's damages claim.

    s/ANITA B. BRODY, J.
ANITA B. BRODY, J.